AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>**JOSEPH ANDERSON**<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  09-CR- **09CR047** |

**FILED MAY 6 2009  MICHAEL J. ROEMER, CLERK  WESTERN DISTRICT OF NY**

2009 FEB 11 A 11: 54  WESTERN DISTRICT OF NEW YORK  RECEIVED UNITED STATES MARSHAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSEPH ANDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess in affecting commerce, a firearm with an obliterated serial number in violation of 18 U.S.C. Section 922(g)(1); did knowingly and unlawfully possess a firearm from which the manufacturer's serial number had been removed, obliterated and altered and which had been shipped and transported in interstate commerce in violation of 18 U.S.C. Sections 922(k), 924(a)(1)(B) and 2.

Date: FEB 1 1 2009

*Issuing officer's signature*

City and state:   Buffalo, New York

MICHAEL J. ROEMER, CLERK OF THE COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02·11·09, and the person was arrested on *(date)* 02·26·09
at *(city and state)* Alden, NY - GCCF- ATF

Date: 03·05·09

*Arresting officer's signature*

Sandra Olden
*Printed name and title*