*Return Mr Service* (handwritten)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                              09-CR-047-S

JOSEPH ANDERSON,

        Defendant.



FILED JUN 4 2009 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

THE PRESIDENT OF THE UNITED STATES

TO:   Peter A. Lawrence, United States Marshal, Western District of New York, or his Deputies; and

       Donald Livingston, Superintendent of the Erie County Correctional Facility, or his Deputies

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of JOSEPH ANDERSON, now detained in the Erie County Correctional Facility, 11581 Walden Avenue, Alden, New York, before the Honorable Hugh B. Scott, United States Magistrate Judge, in and for the Western District of New York, at the United States Courthouse, 68 Court Street, Buffalo, New York, on the 13th day of May, 2009, at 10:30 o'clock in the forenoon of said day, for a hearing with regard to the above-captioned defendant and thereafter the defendant, JOSEPH ANDERSON, is to be returned to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Buffalo, New York, this ____ day of May, 2009.

_____
MICHAEL J. ROEMER, CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK