IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    :

        -v-                             :          09-CR-047-S

JOSEPH ANDERSON                              :

        Defendant.                      :

---

### SUPERSEDING INFORMATION
(Title 18, U.S.C. § 4)

### COUNT I

**The United States Attorney Charges That:**

On or about the 20th day of January 2009, in the Western District of New York, the defendant, JOSEPH ANDERSON, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1) by Mario Kelly, did conceal the same and did not as soon

as possible make known the same to some judge or other person in civil or military authority under the United States.

**All in violation of Title 18, United States Code, Section 4.**

**DATED:**   Buffalo, New York, March 29 , 2010

WILLIAM J. HOCHUL, Jr.
United States Attorney

BY:   _____
JOSEPH M. TRIPI
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
Joseph.Tripi@usdoj.gov