IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                      09-CR-47-S

JOSEPH ANDERSON,

    Defendant.

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least 3 business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing.  At sentencing, the government

will request that the defendant pay this sum to the Clerk of the Court.

DATED:  Buffalo, New York, July 8, 2010.

Respectfully submitted,

WILLIAM J. HOCHUL, Jr.
United States Attorney

BY: *S/JOSEPH M. TRIPI*
_____
JOSEPH M. TRIPI
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5839
joseph.tripi@usdoj.gov

TO: Angelo Musitano, Esq.
    Shirley C. Pandolfe,
       Supervising United States Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                09-CR-47-S

JOSEPH ANDERSON,

            Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010, I electronically filed the **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following participants on this case:

    Angelo Musitano, Esq.

    Shirley C. Pandolfe,
      Supervising United States Probation Officer

                                          *S/SHARON T. BECK*
                                          _____
                                          SHARON T. BECK