**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

**-vs-**                                                                 **09-CR-047-S**

**JOSEPH ANDERSON,**
                            **Defendant.**
_____

**DEFENDANT'S STATEMENT WITH**
**RESPECT TO SENTENCING FACTORS**


                                    <u>*/s/ Angelo Musitano, Esq.*</u>
                                    ***ANGELO MUSITANO, ESQ.***
                                    Attorney for ***Joseph Anderson***
                                    324 Pine Avenue
                                    Niagara Falls, New York 14301
                                    (716) 282-1712
                                    ***<u>AngeloMusitano@HotMail.Com</u>***


***TO:***   Michael J. Roemer, Clerk of the Court
            Honorable Chief Judge William M. Skretny, Federal District Court Judge
            Joseph M. Tripi, Assistant United States Attorney
            Shirley C. Pandolfi, Supervising United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-vs-                                                                                      09-CR-047-S

JOSEPH ANDERSON,
                      **Defendant.**
_____

## DEFENDANT'S STATEMENT WITH
## RESPECT TO SENTENCING FACTORS

1. I represent the above named defendant, Joseph Anderson.

2. On or about June 7, 2010, I received a Presentence Report filed by the United States Probation Department.  On June 22, 2010, I received a revised report filed by the United States Probation Department.

3. I have no objections to the statements prepared and appearing in the Presentence Reports and provided to this Honorable Court insofar as they are accurate pursuant to the **Local Procedural Sentencing Guidelines** and **§6A1.2** of the **United States Sentencing Guidelines.**

4. I hereby reserve the right to make any and all applications and/or arguments to this Honorable Court which would be just and reasonable under the circumstances and consistent with the Plea Agreement.

                                        Respectfully submitted,

                                        */s// Angelo Musitano, Esq.*
                                        **ANGELO MUSITANO, ESQ.**
                                        Attorney for *Joseph Anderson*
                                        324 Pine Avenue
                                        Niagara Falls, New York 14301
                                        (716) 282-1712
                                        [AngeloMusitano@HotMail.Com](mailto:AngeloMusitano@HotMail.Com)