IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                            09-CR-47-S

JOSEPH ANDERSON,
DIN: 03 B 2774
17384-055

            Defendant.



---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO:   Bryan Matthews, Acting United States Marshal, Western District of New York, or his Deputies; and

       Susan Gasiewicz, Acting Superintendent of the Collins Correctional Facility, or her Deputies.

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of JOSEPH ANDERSON, now detained in the Collins Correctional Facility, Middle Road, Collins, New York, before the Honorable William M. Skretny, Chief Judge, United States District Court, in and for the Western District of New York at the United States Courthouse, 68 Court Street, Buffalo, New York, on the 22nd day of July, 2010, at 9:00 o'clock in the forenoon of said day, for sentencing with regard to the above-captioned defendant and thereafter the defendant, JOSEPH ANDERSON, is to be returned to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Buffalo, New York, this \_\_14\_\_ day of July, 2010.

*Michael J. Roemer*
MICHAEL J. ROEMER, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARSHALS RETURN
I HAVE ~~PARTIALLY~~/FINALLY EXECUTED THIS _WRIT_ BY TAKING CUSTODY OF THE WITHIN NAMED _Prisoner_ AT _USMS WNY_ ON _22 July 2010_ AND DELIVERING _him_ TO _USMS Office_ FOR FURTHER TRANSFER TO _Federal Court_

_Brian Matthews (Acting)_
U.S. MARSHAL

BY _[signature]_
DEPUTY U.S. MARSHAL