United States District Court
FOR THE

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                      Crim. No.     09 CR 00047 003

Joseph Anderson

       On 07/22/10, the above named was placed on supervised release for a period of one year. Since the defendant will be supervised by New York State Parole for a period of at least seven (7) months from his release from custody, it is no longer necessary to have two agencies supervise the defendant while in the community. Therefore, it is accordingly recommended that he be discharged from supervision.

                                                    Respectfully submitted,

                                                    Richard H. Galmarini
                                                  U.S. Probation Officer Specialist

ORDER OF THE COURT

       Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

       Dated this _30th_ day of _January_, 2012.

                                                  Honorable William M. Skretny
                                                  Chief U.S. District Judge